# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| MATTHEW SMEDILE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Docket no. 1:21-cv-00269-GZS ) |
| DR. ROBINSON, et al., | ) ) |
| Defendants. | ) ) ) |

## ORDERING AFFIRMING RECOMMENDED DECISON

On November 24, 2021, the United States Magistrate Judge filed with the Court his Recommended Decision After Review of Plaintiff's Complaint (ECF No. 7). No objections have been filed.

The Court has made a <u>de novo</u> determination of all matters adjudicated by the Magistrate Judge's Recommended Decision and concurs with the recommendations of the Magistrate Judge for the reasons set forth in that order. As a result, the Court determines that no further proceedings are necessary with respect to this Recommended Decision.

It is therefore **ORDERED** that:

1. The Recommended Decision (ECF No. 7) is hereby **AFFIRMED**.
2. Plaintiff's Complaint is **DISMISSED** in light of his failure to amend his Complaint as described in the Recommended Decision.

SO ORDERED.

/s/ George Z. Singal
United States District Judge

Dated this 20th day of December, 2021.